No. 14–0138/AF. U.S. v. Danny M. Burns. CCA 37847. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 14, 2013.

Wednesday, October 30, 2013